UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | ) CASE NO. 1:16-CV-1400 ) ) JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) ) |
| vs. | ) <u>ORDER GRANTING</u> ) <u>JOINT MOTION FOR ENTRY OF</u> ) <u>CONSENT JUDGMENT AND ORDER</u> |
| WALTER A. KOWALCZUK, a/k/a ALLAN KOWALCZUK, *et al.*, | ) <u>OF DISMISSAL AS TO DEFENDANT</u> ) <u>COREY VANAELST</u> ) |
| Defendants. | ) |

### ORDER GRANTING JOINT MOTION

THIS MATTER came before the Court upon the Joint Motion by Plaintiff Getty Images (US), Inc. ("Getty Images") and Defendant Corey Vanaelst ("Vanaelst") for entry of a Consent Judgment and Order of Dismissal as to Defendant Vanaelst. Having reviewed the Joint Motion and the files and records herein, and being fully advised, the Court GRANTS the Joint Motion, as follows:

### CONSENT JUDGMENT AND ORDER OF DISMISSAL

1. The Court hereby ENTERS a Consent Judgment on Claim I of the First Amended Complaint (Copyright Act, 17 U.S.C. § 101, *et seq.*), against Defendant Corey Vanaelst and in favor of Getty Images (US), Inc., in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00).

2. The remaining claims by Plaintiff Getty Images against Defendant Vanaelst are hereby DISMISSED with prejudice and without attorneys' fees or costs.

1

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce any orders entered in this matter, including the Consent Judgment and Order of Dismissal, and Defendant Vanaelst specifically consents to personal jurisdiction and venue in the United States District Court for the Northern District of Ohio.

IT IS SO ORDERED.

DATED: June 30, 2017.

s/ Solomon Oliver, Jr.
SOLOMON OLIVER, JR.
Chief Judge
United States District Court

Submitted by:

/s/ Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice*)
Elizabeth Weinstein (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Tel: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
eweinstein@yarmuth.com
jroller@yarmuth.com

Robert E. Chudakoff (0038594)
Paul R. Harris (0079538)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
Email: rchudakoff@ulmer.com
pharris@ulmer.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

Corey Vanaelst, *pro se*
32655 Amberidge Drive
Roseville, Michigan 48066
Tel: (586) 335-3505
Email: cv342009@gmail.com

*Defendant Corey Vanaelst*