UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | ) CASE NO. 1:16-CV-1400 ) |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. ) |
| vs. | ) **ORDER GRANTING** ) **JOINT MOTION FOR ENTRY OF** ) **CONSENT JUDGMENT AND ORDER** |
| WALTER A. KOWALCZUK, a/k/a ALLAN KOWALCZUK, *et al.*, | ) **OF DISMISSAL AS TO DEFENDANT** ) **LARRY HEBELER** ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION

THIS MATTER came before the Court upon the Joint Motion by Plaintiff Getty Images (US), Inc. ("Getty Images") and Defendant Larry Hebeler ("Hebeler") for entry of a Consent Judgment and Order of Dismissal as to Defendant Larry Hebeler. Having reviewed the Joint Motion and the files and records herein, and being fully advised, the Court GRANTS the Joint Motion, as follows:

## CONSENT JUDGMENT AND ORDER OF DISMISSAL

1. The Court hereby ENTERS a Consent Judgment on Claims I and III of the First Amended Complaint (Copyright Act, 17 U.S.C. § 101, *et seq.*, and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030), against Defendant Larry Hebeler and in favor of Plaintiff Getty Images, in the amount of Twenty-One Million Three Hundred Twenty Four Thousand and 00/100 Dollars ($21,324,000.00).

2. The remaining claims by Plaintiff Getty Images against Defendant Hebeler are hereby DISMISSED with prejudice and without attorneys' fees or costs.

1

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce any orders entered in this matter, including the Consent Judgment and Order of Dismissal, and Defendant Hebeler specifically consents to personal jurisdiction and venue in the United States District Court for the Northern District of Ohio.

IT IS SO ORDERED.

DATED: July 27, 2017.

/s/ Solomon Oliver, Jr.
SOLOMON OLIVER, JR.
Chief Judge
United States District Court

Submitted by:

/s/ Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice*)
Elizabeth Weinstein (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Tel: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
   eweinstein@yarmuth.com
   jroller@yarmuth.com

Robert E. Chudakoff (0038594)
Paul R. Harris (0079538)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
Email: rchudakoff@ulmer.com
   pharris@ulmer.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

Larry Hebeler, *pro se*
131 Hagen Ave.
North Tonawanda, New York 14120
Tel: (716) 417-2330
Email: Larry2124@gmail.com

*Defendant Larry Hebeler*

2