UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | ) ) ) | CASE NO. 1:16-CV-1400 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **JOINT MOTION FOR ENTRY OF** |
| | ) | **ORDER OF DISMISSAL AS TO** |
| WALTER A. KOWALCZUK, a/k/a ALLAN KOWALCZUK, *et al.*, | ) ) ) | **DEFENDANT BEN PARKER** |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION

THIS MATTER came before the Court upon the Joint Motion by Plaintiff Getty Images (US), Inc. ("Getty Images") and Defendant Ben Parker ("Parker") for entry of an Order of Dismissal as to Defendant Parker. Having reviewed the Joint Motion and the files and records herein, and being fully advised, the Court GRANTS the Joint Motion, as follows:

## ORDER OF DISMISSAL

All claims by Plaintiff Getty Images alleged in the First Amended Complaint against Defendant Parker are hereby DISMISSED with prejudice and without attorneys' fees or costs.

IT IS SO ORDERED.

DATED: July 27, 2017.

/s/ Solomon Oliver, Jr.
SOLOMON OLIVER, JR.
Chief Judge
United States District Court

1

Submitted by:

*/s/ Scott T. Wilsdon*
Scott T. Wilsdon (*pro hac vice*)
Elizabeth Weinstein (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Tel: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       eweinstein@yarmuth.com
       jroller@yarmuth.com

Robert E. Chudakoff (0038594)
Paul R. Harris (0079538)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
Email: rchudakoff@ulmer.com
       pharris@ulmer.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

Ben Parker, *pro se*
739 Dearborn Street
Aurora, Colorado 80011
Email: mrparkerben@gmail.com

*Defendant Ben Parker*

2