RECEIVED
AUG 11 2017
Clerk of Court
U.S. District Court, ND-OH

Page 1 FILED

2017 AUG 14 PM 2:16

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Dear Judge Solomon Oliver, JR

My name is Jaysen Moslehi, 22 years old, I am writing about this lawsuit against me (1:16-cv-1400)

I. I started the facebook (group) page Autographs101 as a sophomore in high school as a sports chat page. People joined and posted ~~under~~ as facebook members. Group member fees are not allowed. The group was free and policed by the members since 2012. The page blew up to 18,000+ members of people sharing experiences, trade talks of sports, and memories meeting their heroes.

II. The past four years of my life have been a struggle. I lost my Marquette scholarship, my sister died this past year and a half and my administration role for this group was not at in play. My mind

Page 2

, and body were suffering. The loss of my sister hit myself and my family hard. She had a child and my parents are getting old. It's my job to play a significant role in her life. Things haven't been looking up for me, being in college debt, and suffering emotional trauma. I am back in school just trying to recover and to take care of my niece Samarah.

II. I didn't have a major role in this legal issue. Allan Kowallcuz was portrayed as a reputable paying getty image owner. His work done on the free group was done by him. He illegally sold the images, and the group itself bought from him. I had no power to stop something when I wasn't fully present and known to the fact that this was done on a free

# Page 3

facebook group where members join on their own with will. with no approval of posts. People post freely. Allen made hundreds of thousands of dollars. I personally had no control on what was done on this group. The group was made for discussion not for this type of stuff.

IV. Today's date is 8-8-17. I'm sitting at a starbucks organizing my college schedule looking, and just seeing how far I've come in my life. ~~[scribbled out]~~

Your honor I didn't get any profit from this. I am just a regular college student trying to recover from hardships in my life.
Sincerely, Jaysen Moslehi (Jay M.)