UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | ) CASE NO. 1:16-CV-1400 ) ) JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) ) |
| vs. | ) **SATISFACTION OF JUDGMENT** ) **ENTERED AGAINST DEFENDANT** ) **MAHMOOD KHAN** |
| WALTER A. KOWALCZUK, a/k/a ALLAN KOWALCZUK, *et al.*, | ) ) ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT**

Plaintiff Getty Images (US), Inc. ("Getty Images"), by and through its undersigned counsel of record, hereby acknowledges full and complete satisfaction of the Judgment entered on March 20, 2017, against Defendant Mahmood Khan and in favor of Getty Images in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00) [Dkt. # 98] and consents to its cancellation and discharge of record as to Defendant Khan.

IN WITNESS HEREOF, the undersigned has executed this Satisfaction of Judgment on this 18th day of October, 2017.

//

//

//

//

//

1

DATED: October 18, 2017

*/s/ Scott T. Wilsdon*
Scott T. Wilsdon (*pro hac vice*)
Elizabeth Weinstein (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Tel: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
   eweinstein@yarmuth.com
   jroller@yarmuth.com

Robert E. Chudakoff (0038594)
Paul R. Harris (0079538)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
Email: rchudakoff@ulmer.com
   pharris@ulmer.com

*Attorneys for Plaintiff Getty Images (US), Inc.*